UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>           Plaintiffs,<br><br>    v.<br><br>WADDAH SALEH, doing business as El Rincon Mini Mart, DIEGO LUA GARCIA,<br><br>           Defendants. | No. 1:16-cv-01358-DAD-EPG<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 9) |

On December 19, 2016, Plaintiff filed a stipulation dismissing the action with prejudice. (Doc. No. 9.) In light of this filing, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

    Dated: **December 22, 2016**　　　　　　　／s／ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1